UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY SCOTT JONES, | ) | Case No. 8:20-cv-00270-CJC-JC |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| CRAIG KOENIG, Warden, | ) ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2254 ("Petition") and all of the records herein, including the February 6, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's Objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1    IT IS ORDERED that the Petition is denied on its merits, this action is
2 dismissed with prejudice, and Judgment be entered accordingly.
3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4 the Judgment herein on counsel for petitioner and respondent.
5    IT IS SO ORDERED.

7 DATED: March 10, 2023

   _____
   HONORABLE CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE