JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY SCOTT JONES, | ) | Case No. 8:20-cv-00270-CJC-JC |
| Petitioner, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| CRAIG KOENIG, Warden, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2254 is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: March 10, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE